## LESLIE S. DIPROSPERO *v.* MICHAEL J. DIPROSPERO
## (AC 21659)

Schaller, Dranginis and Hennessy, Js.

Submitted on briefs February 28—officially released April 2, 2002

Per Curiam. The judgment is affirmed.

## RICHARD A. HEIM *v.* DIME SAVINGS BANK OF
## NEW YORK ET AL.
## (AC 21863)

Foti, Spear and Daly, Js.

Argued February 27—officially released April 2, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DEAN DANIELS
## (AC 21573)

Mihalakos, Dranginis and Flynn, Js.

Argued February 27—officially released April 2, 2002

Per Curiam. The judgment is affirmed.